# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| WILLIAM ONEAL CAMPBELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:19-cv-00354-LSC-SGC |
| SHERIFF FRANK WILLIAMSON, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on August 30, 2021, recommending the defendants' special reports be treated as a motion for summary judgment. (Doc. 59). The magistrate judge further recommended that the claims against Nurse Bullock be dismissed without prejudice pursuant to Rule 4(m) of the *Federal Rules of Civil Procedure*. (Doc. 59 at 19). Finally, the magistrate judge recommended that the motion for summary judgment filed by the remaining defendants be granted and the claims against these defendants be dismissed with prejudice. (Doc. 59 at 19). Although the parties were advised of their right to file specific written objections within 14 days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. Accordingly, the

court **ORDERS** that the claims against Nurse Bullock be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m) of the *Federal Rules of Civil Procedure*. The court **FURTHER ORDERS** that the motion for summary judgment filed by the remaining defendants be **GRANTED** and the claims against these defendants be **DISMISSED WITH PREJUDICE**, the court finding no genuine issues of material fact exist.

    **DONE** and **ORDERED** on September 29, 2021.

_____
L. Scott Coogler
United States District Judge

160704